Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:17-00193 |
| | ) | JUDGE TRAUGER |
| JAY MOREHEAD | ) | |

MOTION TO STIKE WAIVER OF SPEEDY TRIAL (DOCKET ENTRY 8)

Comes Jay Morehead, through undersigned counsel, and moves this Court to strike the previously filed Waiver of Speedy Trial (Docket Entry 8).

Respectfully submitted,

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN (BPR# 006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Jay Morehead

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2017, I electronically filed the foregoing *Motion to Strike Waiver of Speedy Trial (Docket Entry 8)* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Babasijibomi A. Moore, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN